■ EDWARD WATTS et al., Individually and on Behalf of All Others Similarly Situated, Appellants, v ROBERT J. McGUIRE, as Police Commissioner of the City of New York, et al., Respondents. — Judgment, Supreme Court, New York County, entered on February 15, 1980, unanimously affimed for

the reasons stated by Dontzin, J., at Special Term, without costs and without disbursements. Concur — Birns, J.P., Sullivan, Markewich, Bloom and Fein, JJ. [102 Misc 2d 711.]